ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

JILLIAN NICOLE KONG-SIVERT

\*     IN THE

\*     COURT OF APPEALS

\*     OF MARYLAND

\*     Misc. Docket AG No. 95

\*     September Term, 2020

# O R D E R

Upon consideration of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Jillian Nicole Kong-Sivert, it is this 27th day of May, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Jillian Nicole Kong-Sivert, be, and she hereby is, REPRIMANDED for violating Rules 1.1, 1.3, 1.4, 1.5, 3.1, 3.2, 5.3, and 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct (MLRPC) and Maryland Attorneys' Rules of Professional Conduct (MARPC) and Maryland Rule 19-737(a).

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk